IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LABORERS DISTRICT COUNCIL CONSTRUCTION INDUSTRY PENSION FUND, et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>PHILLIPS ENTERPRISE, INC.,<br><br>    *Defendant*. | CIVIL ACTION<br>NO. 15-06490 |

## ORDER

**AND NOW**, this 20th day of May, 2016, upon consideration of Plaintiffs' Motion for Default Judgment (ECF No. 5) and Defendant's failure to appear, plead or otherwise defend Plaintiffs' complaint, it is hereby **ORDERED** that the motion is **GRANTED**.

Judgment is entered against Defendant in the following amounts: (1) $14,065.98 in unpaid contributions; (2) $1,513.31 in accrued interest on the unpaid contributions; (3) $1,513.31 in "double interest" as provided by ERISA Section 1132(g)(2)(C)(i); (4) $1,625.10 in accrued interest on late contribution payments; (5) $3,243.50 in attorneys' fees and costs; and (6) $1,800 in audit fees.

It is further **ORDERED** that Defendant shall comply with its obligations under the parties' Collective Bargaining Agreement and allow Plaintiffs to conduct an audit to determine any outstanding amounts owed.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                GERALD J. PAPPERT, J.